MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MARC PRICE WOLF (CABN 254495)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    marc.wolf@usdoj.gov

Attorneys for the United States of America

ERIC JOHNSON
Law Clerk

FILED

JUL 1 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-38 |
| v. | **STIPULTATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |
| FRANCISCO JAVIER LOPEZ MADRID, | |
|     Defendant. | |

    The defendant, Madrid Lopez, represented by Jodi Linker of the Federal Public Defender's Office, and the government, represented by Marc Price Wolf, Special Assistant United States Attorney, appeared before the Court on July 10, 2014 for a status hearing. The Court previously denied the Defendant's motion to dismiss on June 25, 2014. On July 10, 2014, the parties agreed to submit a briefing schedule to the court for a motion to suppress.

    The parties hereby stipulate and agree that the motion shall be submitted by July 31, 2014. The government's opposition shall be submitted by August 14, 2014. A reply shall be submitted by August

STIPULATION AND [PROPOSED] ORDER
CR 14-38                                1

1  28, 2014.  A hearing shall be held in front of the Honorable Maria-Elena James on September 4, 2014 at
2  10:00 a.m.
3       The parties further agreed to exclude time from June 25, 2014 until September 4, 2014.  The
4  basis of this exclusion is to ensure that counsel has the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A).  The ends of
6  justice served by excluding the time between July 10, 2014 and September 4, 2014 from computation
7  under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.
8  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      It is so stipulated.

DATED: July 15, 2014                          Respectfully Submitted,

                                              MELINDA HAAG
                                              United States Attorney


                                              _____/s/_____
                                              MARC PRICE WOLF
                                              Special Assistant United States Attorney



                                              _____/s/_____

                                              JODI LINKER
                                              Attorney for Defendant Madrid Lopez


       IT IS SO ORDERED

DATED: 7/16/14

                                              _____
                                              MARIA-ELENA JAMES    ƜANDOR VADA
                                              United States Magistrate Judge