IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>FRANCISCO LOPEZ MADRID,<br><br>        Defendant.<br>_____/ | No. C14-00038 CRB<br><br>**ORDER DENYING MOTION TO STRIKE** |

The Government's motion to strike the declaration of Frederick Anderson in support of Defendant's reply brief (dkt. 49) is DENIED.

**IT IS SO ORDERED.**

Dated: June 16, 2015

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE