STEVEN G. KALAR
Federal Public Defender
CARMEN A. SMARANDOIU
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:   415.436.7706
Carmen_Smarandoiu@fd.org

Counsel for Defendant Francisco Javier Madrid Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | Case Number: CR 14-00038 MEJ |
|---|---|
| Plaintiff, | **Defendant's Travel Request** [Proposed] Order |
| v. | |
| Francisco Javier Madrid Lopez, | |
| Defendant. | |

On January 15, 2015, defendant Francisco Javier Madrid Lopez was sentenced to three years' probation in case CR 14-00038 MEJ for Assimilating California Penal Code § 25400(a)(1), Carry a Concealed Weapon.  Since then, there have been no reported violations of his conditions of probation.

On February 1, 2016, Mr. Madrid sought the modification of his current conditions of probation to permit him travel for pleasure to Costa Rica from February 5, 2016, until February 19, 2016, for a belated honeymoon vacation.  *See* Docket No. 72 (filed Feb. 1, 2016).  The Court granted permission on the same day.  *See* Docket No. 73 (filed Feb. 1, 2016).

//

//

Def.'s Travel Request; [Prop.] Order
CR 14-00038 MEJ

1

Unfortunately, Mr. Madrid and his wife were unable to follow through with their travel plans due to work scheduling conflicts and had to reschedule their belated honeymoon trip. Accordingly, Mr. Madrid respectfully requests that the Court grant him permission to travel from March 13, 2016 to March 23, 2016.

Undersigned counsel has contacted Mr. Madrid's Probation Officer, Ms. Shaheen Shan, and Assistant United States Attorney William Edelman. Probation Officer Shan's approval is pending completion of a home visit at Mr. Madrid's new residence. AUSA Edelman concurs.

Dated: March 9, 2016

Respectfully submitted,

*/s/ Carmen A. Smarandoiu*
CARMEN A. SMARANDOIU
Assistant Federal Public Defender

## [Proposed] ORDER

For the reasons stated, the Court permits FRANCISCO JAVIER MADRID LOPEZ to travel to Costa Rica from March 13, 2016, until March 23, 2016.

**SO ORDERED.**

Dated: March 9, 2016

_____
**Maria-Elena James**
United States Magistrate Judge

Def.'s Travel Request; [Prop.] Order
CR 14-00038 MEJ

2